## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA      :

vs.      :   CRIMINAL NO.:  25-00006-KD-N

WILLIAM ORLANDO QUIJIJE      :
MACIAS


### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT


Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 94) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Indictment charging violation of Title 46 U.S.C. § 70506(b), conspiracy to distribute cocaine on board a vessel, is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **August 29, 2025, at 9:30 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 6th day of June 2025.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE